**Fill in this information to identify the case:**

Debtor name: Fraser's Boiler Service, Inc.

United States Bankruptcy Court for the: Western District of Washington
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dennis, Roy R. and Ruby A. C/O David Amell 70 Washington St., Ste. 200 Oakland, CA 94607 | (800) 358-5922 damell@mrhfmlaw.com | Asbestos Claim | | | | $575,000.00 |
| 2 | Marine Group Boat Works 997 G St. Chula Vista, CA 91910 | Unknown | Unknown | | | | $418,160.00 |
| 3 | Union Electric Motor Service 2777 Newton Ave. San Diego, CA 92113 | Unknown | Unknown | | | | $63,310.00 |
| 4 | Inspec Testing, Inc. 1413 Wilson Ave. National City, CA 91950 | Unknown | Unknown | | | | $60,780.00 |
| 5 | Coleman Marine Diesel 2330 Shelter Island Dr., Ste. 104 San Diego, CA 92106 | Unknown | Unknown | | | | $51,384.94 |
| 6 | Wartsila Defense Inc. 1313 Bay Marina Dr. National City, CA 91950 | Unknown | Unknown | | | | $45,265.91 |
| 7 | Westair Gases & Equipment 2506 Market St. San Diego, CA 92102 | Unknown | Unknown | | | | $39,574.49 |
| 8 | Anthem Blue Cross 3655 Nobel Dr., Ste. 250 San Diego, CA 92122 | Unknown | Unknown | | | | $33,272.59 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1
Case 18-41245-BDL    Doc 1-1    Filed 04/09/18    Ent. 04/09/18 17:58:10    Pg. 1 of 2

Debtor  Fraser's Boiler Service, Inc.  Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | US Bancorp Equiment Finance<br>PO Box 5101<br>San Diego, CA 63179 | Unknown | Unknown | | | | $26,308.37 |
| 10 | Simmie Collins<br>PO Box 5101<br>San Diego, CA 92165 | Unknown | Unknown | | | | $25,000.00 |
| 11 | PacOrd, Inc.<br>PO Box 100808<br>Pasadena, CA 91189 | Unknown | Unknown | | | | $24,118.40 |
| 12 | R.W. Little, Co.<br>PO Box 13039<br>San Diego, CA 92170 | Unknown | Unknown | | | | $23,844.00 |
| 13 | Paul Anderson Law Firm<br>PO Box 48102<br>Seattle, WA 98166 | Unknown | Unknown | | | | $22,954.10 |
| 14 | Signal Administration<br>8144 Walnut Hill Ln., 16th Floor<br>Dallas, TX 75231 | Unknown | Unknown | | | | $20,538.49 |
| 15 | Navigational Services, Inc.<br>303 West 35th St., Ste. G<br>National City, CA 91950 | Unknown | Unknown | | | | $20,097.00 |
| 16 | SouthCoast Welding<br>2591 Faivre St.<br>Chula Vista, CA 91911 | Unknown | Unknown | | | | $17,786.50 |
| 17 | TUFF Acoustical & Thermal Inc.<br>1623 Cleveland Ave.<br>National City, CA 91950 | Unknown | Unknown | | | | $16,879.00 |
| 18 | Mack Brown Sr.<br>7412 Weld Street<br>Oakland, CA 94621 | Unknown | Unknown | | | | $15,000.00 |
| 19 | Quality Refrigeration<br>1680 Logan Ave.<br>San Diego, CA 92113 | Unknown | Unknown | | | | $13,420.00 |
| 20 | California Marine Cleaning, Inc.<br>2049 Main St.<br>San Diego, CA 92113 | Unknown | Unknown | | | | $9,627.00 |